# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  NO. 4:12CR00014-011  SWW | |
| RICHARD HAWKINS | DEFENDANT |

### ORDER

Before the Court is the government's motion for revocation of the conditions of probation [doc #621] previously granted the above defendant in this matter.

A hearing is scheduled to begin on **FRIDAY, JANUARY 17, 2014 AT 1:00 P.M.**, Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the probation previously granted this defendant should not be revoked.

The Clerk is directed to issue summons for the hearing in this matter and the U. S. Marshal is directed to serve the summons on the above-named defendant.

IT IS SO ORDERED this 16th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE