IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:12CR00014-011 SWW

RICHARD HAWKINS

### ORDER

The above entitled cause came on for hearing February 27, 2014 on the government's motion to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based on the admissions made on the record, the Court found that the defendant has violated the conditions of probation without just cause. However, the Court has determined that defendant's probation should not be revoked at this time but instead will modify the conditions of his probation.

IT IS THEREFORE ORDERED that defendant's term of probation shall be modified to include the following special condition:

1. Defendant shall serve a period of FIVE (5) MONTHS in home detention with location monitoring under the supervision and guidance of the U. S. Probation Office. The cost of such monitoring is to be paid by the defendant as directed by the U. S. Probation Office. Defendant must pay to have a land line telephone installed in the home where he resides as soon as possible.

All other conditions of defendant's probation previously imposed shall continue and remain in full force and effect until the expiration of his term of probation.

The Court reminds defendant that any further violation of the terms of his probation could result in revocation of his release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's probation

[doc #621] is *denied* and the petition is dismissed without prejudice.

    IT IS SO ORDERED this 27th day of February 2014.

                                                /s/Susan Webber Wright

                                                United States District Judge